**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01795-JLK-KAS

In re DENVER JAIL COVID-19 LITIGATION

Civil Case No. 21-cv-00302-JLK (all cases)

---

## NOTICE OF APPEAL

---

Notice is hereby given that Defendant, the City and County of Denver, by and through undersigned counsel, appeals to the United States Court of Appeals for the Tenth Circuit from the District Court's July 28, 2026, Order shifting Class Action Notice Costs, in part, to Defendant [ECF #333]. The District Court abused its discretion when it ordered Defendant to pay 80% of Plaintiffs' class notice costs. The District Court's order did not consider long-standing Supreme Court precedence regarding when costs are appropriately borne by plaintiffs and instead ordered Defendant to pay a substantial notice cost in a lawsuit where Defendant denies all liability.

DATED this 25th day of August, 2026.

Respectfully submitted,

*s/ Celeste Rangel*
Ashley M. Kelliher, Assistant City Attorney
Celeste Rangel, Assistant City Attorney
Robert Lyman, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 W. Colfax Avenue, Dept. 1108
Denver, CO 80202-5332
Telephone: (720) 913-3100
Facsimile: (720) 913-3131
ashley.kelliher@denvergov.org
celeste.rangel@denvergov.org
robert.lyman@denvergov.org
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2026, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following efilers, and I served the pro se plaintiff via U.S. mail, postage prepaid:

Levin Sitcoff PC
Annika Adams
Bradley A. Levin
Gideon Irving
Susan Minamizono
Robyn L. Clarke
annika@lsw-legal.com
brad@lsw-legal.com
gideon@lsw-legal.com
susan@lsw-legal.com
robyn@lsw-legal.com

Highlands Law Firm
Zachary D. Warren
zwarren@highlandslawfirm.com

Law Office of Rick D. Bailey
Rick D. Bailey
rick@rickbaileylaw.com
*Counsel for Plaintiffs*

Steve D. Barbour
846 E. 18th Avenue
Denver, CO 80218
*Pro se Plaintiff*

*s/ Sarah Peasley*
Denver City Attorney's Office